| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|---|---|---|---|---|---|
| DZR | 014370 | 362700 | | 0000201415 | 1 |

# Earnings Statement 

CELGENE CORPORATION
86 MORRIS AVENUE
SUMMIT NEW JERSEY 07901
800-931-4606 OPT #4

Period Beginning: 05/01/2014
Period Ending: 05/15/2014
Pay Date: 05/15/2014

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 12
 NJ: Table A
 PA: N/A

00000001138
CAROL A HARVEY
3604 WESTMINSTER WAY
NAZARETH PA 18064

Social Security Number: XXX-XX-2762

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3571.57 | | 3,571.57 | 31,681.05 |
| Car Allowance | | | | 159.86 |
| Eip Inc Bonus | | | | 5,498.05 |
| **Gross Pay** | | | **$3,571.57** | 37,338.96 |

Your federal taxable wages this period are $3,416.57

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -183.28 | 2,994.51 |
| | Social Security Tax | -212.39 | 2,233.50 |
| | Medicare Tax | -49.67 | 522.35 |
| | PA State Income Tax | -104.89 | 1,103.47 |
| | Upper Nazare Income Tax | -41.00 | 431.34 |
| | NJ SUI/SDI Tax | | 165.38 |
| | **Other** | | |
| | Dental | -13.50* | 121.50 |
| | Medical | -75.50* | 679.50 |
| | Medical Fsa | -50.00* | 450.00 |
| | Roth 401K | -535.74 | 3,715.44 |
| | Vision | -16.00* | 144.00 |
| | **Net Pay** | **$2,289.60** | |
| | Bank Checking | -839.60 | |
| | Bank Savings | -1,450.00 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 9.09 | 80.17 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 800-931-4606 OPT#4

TO RECEIVE ONLINE PAY STATEMENTS, LOG ON TO HTTPS://IPAY.ADP.COM

FOR FURTHER ASSISTANCE WITH REGISTRATION, PLEASE VISIT THE CELGENE PAYROLL INTRANET SITE LOCATED UNDER THE FINANCE HOMEPAGE AT USCORPORATEPAYROLL@CELGENE.COM

OR CONTACT PAYROLL CUSTOMER SERVICE LINE AT 1-800-931-4606 (PRESS OPTION 4 FOR PAYROLL).

* Excluded from federal taxable wages

© 2000 ADP, Inc.

CELGENE CORPORATION
86 MORRIS AVENUE
SUMMIT NEW JERSEY 07901

Advice number: 00000201415
Pay date: 05/15/2014



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CAROL A HARVEY | xxx0670 | xxxx xxxx | $1,450.00 |
| | xxxxxxxxx4980 | xxxx xxxx | $839.60 |

**NON-NEGOTIABLE**

| CO   | FILE   | DEPT   | CLOCK | VCHR. NO. | 120 |
|------|--------|--------|-------|-----------|-----|
| DZR  | 014370 | 362700 |       | 0000221474 | 1  |

## Earnings Statement 

CELGENE CORPORATION
86 MORRIS AVENUE
SUMMIT NEW JERSEY 07901
800-931-4606 OPT #4

Period Beginning: 05/16/2014
Period Ending: 05/31/2014
Pay Date: 05/30/2014

00000001195
CAROL A HARVEY
3604 WESTMINSTER WAY
NAZARETH PA 18064

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 12
  NJ: Table A
  PA: N/A

Social Security Number: XXX-XX-2762

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3571.57 |  | 3,571.57 | 35,252.62 |
| Car Allowance |  |  |  | 159.86 |
| Eip Inc Bonus |  |  |  | 5,498.05 |
| Stock Option |  |  |  | 20,555.95 |
| **Gross Pay** |  |  | **$3,571.57** | 61,466.48 |

Your federal taxable wages this period are $3,416.57

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 9.09 | 89.26 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -183.28 | 8,316.78 |
|  | Social Security Tax | -212.39 | 3,720.36 |
|  | Medicare Tax | -49.67 | 870.08 |
|  | PA State Income Tax | -104.89 | 3,278.35 |
|  | Upper Nazare Income Tax | -41.00 | 719.01 |
|  | NJ SUI/SDI Tax |  | 165.38 |
|  | **Other** |  |  |
|  | Dental | -13.50* | 135.00 |
|  | Medical | -75.50* | 755.00 |
|  | Medical Fsa | -50.00* | 500.00 |
|  | Roth 401K | -535.74 | 4,251.18 |
|  | Vision | -16.00* | 160.00 |
|  | Esop Misc |  | 11,527.77 |
|  | **Net Pay** |  | **$2,289.60** |
|  | Bank Checking | -839.60 |  |
|  | Bank Savings | -1,450.00 |  |
|  | **Net Check** |  | **$0.00** |

### Important Notes
YOUR COMPANY'S PHONE NUMBER IS 800-931-4606 OPT#4

TO RECEIVE ONLINE PAY STATEMENTS, LOG ON TO HTTPS://IPAY.ADP.COM

FOR FURTHER ASSISTANCE WITH REGISTRATION, PLEASE VISIT THE CELGENE PAYROLL INTRANET SITE LOCATED UNDER THE FINANCE HOMEPAGE AT USCORPORATEPAYROLL@CELGENE.COM

OR CONTACT PAYROLL CUSTOMER SERVICE LINE AT 1-800-931-4606 (PRESS OPTION 4 FOR PAYROLL).

* Excluded from federal taxable wages

© 2005 ADP, Inc

---

CELGENE CORPORATION
86 MORRIS AVENUE
SUMMIT NEW JERSEY 07901

Advice number: 00000221474
Pay date: 05/30/2014



Deposited to the account of
CAROL A HARVEY

| account number | transit | ABA | amount |
|---|---|---|---|
| xxx0670 | XXXX | XXXX | $1,450.00 |
| xxxxxxxxx4980 | XXXX | XXXX | $839.60 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 120 |
|-----|------|-------|-------|-----------|-----|
| DZR | 014370 | 362700 | | 0000241427 | 1 |

**Earnings Statement**                                              ADP

CELGENE CORPORATION
86 MORRIS AVENUE
SUMMIT NEW JERSEY 07901
800-931-4606 OPT #4

Period Beginning:    06/01/2014
Period Ending:       06/15/2014
Pay Date:            06/13/2014

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  12
  NJ:       Table A
  PA:       N/A

00000001164
CAROL A HARVEY
3604 WESTMINSTER WAY
NAZARETH PA 18064

Social Security Number: XXX-XX-2762

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3571.57 | | 3,571.57 | 38,824.19 |
| Car Allowance | | | | 159.86 |
| Eip Inc Bonus | | | | 5,498.05 |
| Stock Option | | | | 20,555.95 |
| **Gross Pay** | | | **$3,571.57** | 65,038.05 |

Your federal taxable wages this period are $3,416.57

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 9.09 | 98.35 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -183.28 | 8,500.06 |
| | Social Security Tax | -212.39 | 3,932.75 |
| | Medicare Tax | -49.68 | 919.76 |
| | PA State Income Tax | -104.89 | 3,383.24 |
| | Upper Nazare Income Tax | -41.00 | 760.01 |
| | NJ SUI/SDI Tax | | 165.38 |
| | **Other** | | |
| | Dental | -13.50* | 148.50 |
| | Medical | -75.50* | 830.50 |
| | Medical Fsa | -50.00* | 550.00 |
| | Roth 401K | -535.74 | 4,786.92 |
| | Vision | -16.00* | 176.00 |
| | Esop Misc | | 11,527.77 |
| | **Net Pay** | **$2,289.59** | |
| | Bank Checking | -839.59 | |
| | Bank Savings | -1,450.00 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 800-931-4606 OPT#4

TO RECEIVE ONLINE PAY STATEMENTS, LOG ON TO HTTPS://IPAY.ADP.COM

FOR FURTHER ASSISTANCE WITH REGISTRATION, PLEASE VISIT THE CELGENE PAYROLL INTRANET SITE LOCATED UNDER THE FINANCE HOMEPAGE AT USCORPORATEPAYROLL@CELGENE.COM

OR CONTACT PAYROLL CUSTOMER SERVICE LINE AT 1-800-931-4606 (PRESS OPTION 4 FOR PAYROLL).

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

CELGENE CORPORATION
86 MORRIS AVENUE
SUMMIT NEW JERSEY 07901

Advice number:   00000241427
Pay date:        06/13/2014

Deposited to the account of
CAROL A HARVEY

| account number | transit | ABA | amount |
|---|---|---|---|
| xxx0670 | XXXX | XXXX | $1,450.00 |
| xxxxxxxx4980 | XXXX | XXXX | $839.59 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 126 |
|-----|------|------|-------|-----------|-----|
| DZR | 014370 | 362700 | | 000020 | |

# Earnings Statement

**ADP®**

*CELGENE CORPORATION*
*86 MORRIS AVENUE*
*SUMMIT NEW JERSEY 07901*
*800-931-4606 OPT #4*

Period Beginning: 06/16/2014
Period Ending: 06/30/2014
Pay Date: 06/30/2014

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 12
  NJ: Table A
  PA: N/A

Social Security Number: XXX-XX-2762

00000001142
CAROL A HARVEY
3604 WESTMINSTER WAY
NAZARETH PA 18064

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3571.57 | | 3,571.57 | 42,395.76 |
| Car Allowance | | | | 159.86 |
| Eip Inc Bonus | | | | 5,498.05 |
| Stock Option | | | | 20,555.95 |
| **Gross Pay** | | | **$3,571.57** | 68,609.62 |

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -183.28 | 8,683.34 |
| Social Security Tax | -212.39 | 4,145.14 |
| Medicare Tax | -49.67 | 969.43 |
| PA State Income Tax | -104.89 | 3,488.13 |
| Upper Nazare Income Tax | -41.00 | 801.01 |
| NJ SUI/SDI Tax | | 165.38 |

**Other**

| | | |
|---|---|---|
| Dental | -13.50* | 162.00 |
| Medical | -75.50* | 906.00 |
| Medical Fsa | -50.00* | 600.00 |
| Roth 401K | -535.74 | 5,322.66 |
| Vision | -16.00* | 192.00 |
| Esop Misc | | 11,527.77 |
| **Net Pay** | | **$2,289.60** |
| Bank Checking | -839.60 | |
| Bank Savings | -1,450.00 | |
| **Net Check** | | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,416.57

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Group Term Life | 9.09 | 107.44 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 800-931-4606 OPT#4

TO RECEIVE ONLINE PAY STATEMENTS, LOG ON TO HTTPS://IPAY.ADP.COM

FOR FURTHER ASSISTANCE WITH REGISTRATION, PLEASE VISIT THE CELGENE PAYROLL INTRANET SITE LOCATED UNDER THE FINANCE HOMEPAGE AT USCORPORATEPAYROLL@CELGENE.COM

OR CONTACT PAYROLL CUSTOMER SERVICE LINE AT 1-800-931-4606  (PRESS OPTION 4 FOR PAYROLL).

© 2000 ADP, Inc

---

CELGENE CORPORATION
86 MORRIS AVENUE
SUMMIT NEW JERSEY 07901

Advice number: 00000261404
Pay date: 06/30/2014

Deposited to the account of
CAROL A HARVEY



| account number | transit | ABA | amount |
|---|---|---|---|
| xxx0670 | xxxx | xxxx | $1,450.00 |
| xxxxxxxxx4980 | xxxx | xxxx | $839.60 |

**NON-NEGOTIABLE**