STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    Carol A. Harvey<br>    aka Carol Ann Marie Harvey<br>    aka Carol A. Harvey Dickenson<br>    aka Carol Dickenson | Chapter 13<br><br>Case Number: 14-15364 |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
PURSUANT TO §1109(b) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULES 9010 AND 2002**

*TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:*

NOTICE HEREBY IS GIVEN pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that *STERN & EISENBERG, PC* appears for and on behalf of U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR8, by its servicer Ocwen Loan Servicing, LLC (hereinafter "Creditor").

NOTICE IS FURTHER GIVEN that *STERN & EISENBERG, PC* requests that all notices given or required to be given in the above captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon *STERN & EISENBERG, PC* at the following office, post office address and telephone number:

*STERN & EISENBERG, PC*
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

NOTICE IS FURTHER GIVEN that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal,

whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise, that affect the above captioned debtor or debtor-in-possession or the property of such debtor or the debtor's estate.

                                            Respectfully Submitted:

By:    /s/Leslie Rase, Esquire
        ☑ Leslie Rase, Esquire
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Facsimile: (215) 572-5025
        Bar Number: 58365
        lrase@sterneisenberg.com
        Attorneys for Creditor

Date: July 21, 2014