## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | |
| Carol A. Harvey | : | **Chapter 13** |
| | : | **NO. 14-15364** |

## ORDER

AND NOW, this _____ day of _____, 2014, it is hereby ordered that upon consideration of the within Motion to Determine Property Value on Property located at 3604 Westminster Way, Nazareth PA 18064, the property's value is $205,000.00.

_____<br>
Richard E. Fehling          J.