## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | |
| Carol A. Harvey | : | Chapter 13 |
| | : | NO. 14-15364 |

### ORDER

AND NOW, this __18__ day of __August__, 2014, it is hereby ordered that upon consideration of the within Motion to Determine Property Value on Property located at 3604 Westminster Way, Nazareth PA 18064, the property's value is $205,000.00.



Richard E. Fehling        J.